## STATE ex OHIO PUBLIC SERVICE CO v ALLIANCE (city) et

Ohio Appeals, 5th Dist, Stark Co

Decided April 10, 1935

Hart, Blumensteil & Strong, Alliance, for relator.

Elsie H. Whittingham, Alliance, for respondents.

For full opinion see 6 OO 328; 52 Oh Ap 252.